**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Todd J. Mortier, as Member Representative of the former Members of Caisson Interventional, LLC,

Plaintiff,

v.

LivaNova USA, Inc.,

Defendant.

Court File No. 0:19-cv-03140-ECT-DTS

**PLAINTIFF'S DAUBERT MOTION TO EXCLUDE MATTHEW GRENNAN**

---

Plaintiff Todd J. Mortier, as Member Representative of the former Members of Caisson Interventional, LLC ("Plaintiff") respectfully moves the Court pursuant to Rule 702 of the Federal Rules of Evidence for an Order granting Plaintiff's Daubert Motion to Exclude Matthew Grennan. As set forth in further detail in Plaintiff's memorandum of law in support of this Motion, Mr. Grennan's reports and opinions are inadmissible and should be excluded in their entirety from the trial in this matter.

This Motion will be based upon all the files, records, and proceedings herein, including memoranda of law to be filed in support of the Motion, supporting declarations and exhibits, arguments of counsel, and the pleadings and proceedings in this matter.

Dated: October 22, 2021

**FOX ROTHSCHILD LLP**

By: s/Elizabeth A. Patton
Elizabeth A. Patton (#0391431)
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 607-7000
epatton@foxrothschild.com

R. James Kravitz (*pro hac vice*)
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, NJ, 08648
Telephone: (609) 896-3600
rkravitz@foxrothschild.com

**ATTORNEYS FOR PLAINTIFF**